UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEPHEN FARMER,

    Plaintiff,

v.                                                                         CASE NO: 8:07-cv-271-T-26TBM

ERICKSON MARINE CORPORATION, et al.,

    Defendants.
    _____/

**O R D E R**

Before the Court is Defendant's Motion to Dismiss (Dkt. 4), and Plaintiff's Memorandum in Opposition.  (Dkt. 7).  After careful consideration of the allegations of the Complaint (Dkt. 2), the Court concludes that the Motion should be granted with leave to amend.

**Counts I-VI**

Counts I sets forth a claim for revocation, and counts III and V set forth claims for breach of the implied warranties of merchantability and fitness for a particular purpose, all three counts against Erickson.  Likewise, count II alleges a claim for revocation, and counts IV and VI allege claims for breach of the implied warranties of merchantability and fitness for a particular purpose, all against Pro-Line.  Plaintiff concedes that he cannot allege a claim for relief against either Erickson or Pro-Line at this time, but reserves the

right to replead such claims should facts become uncovered during the course of discovery that support such claims. Accordingly, dismissal of counts I-VI shall be without prejudice.

### Counts VIII, IX, XII, XIII & XIV

As to counts VIII and IX, Plaintiff concedes that he cannot allege a claim for violation of the Magnuson-Moss Warranty Act against Erickson or Pro-Line, but requests leave to amend. As to counts XII, XIII and XIV, all alleging claims of fraudulent conduct, the Court will grant dismissal of the counts without prejudice to Plaintiff repleading with more particularity.

It is therefore **ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss (Dkt. 4) is **GRANTED**. Plaintiff shall file an amended complaint on or before March 19, 2007.

**DONE AND ORDERED** at Tampa, Florida, on March 6, 2007.

      s/*Richard A. Lazzara*
   **RICHARD A. LAZZARA**
   **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record