# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

STEPHEN FARMER,

    Plaintiff,

v.                                                       CASE NO: 8:07-cv-271-T-26TBM

ERICKSON MARINE CORPORATION, and
AMERICAN MARINE HOLDINGS, LLC.,
d/b/a PRO-LINE BOATS,

    Defendants.
_____/

## **O R D E R**

Upon due consideration, it is ordered and adjudged that Defendants' Motions for Summary Judgment (Dkts. 34 and 35) are stricken for failure to comply with the paragraph 6(b) of the Court's summary judgment procedures contained in the Case Management and Scheduling Order entered on April 24, 2007.  See docket 19.

**DONE AND ORDERED** at Tampa, Florida, on December 5, 2007.


                                                s/*Richard A. Lazzara*
                                                **RICHARD A. LAZZARA**
                                                **UNITED STATES DISTRICT JUDGE**


**COPIES FURNISHED TO**:
Counsel of Record